# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELA BECK,** | : | CIVIL ACTION NO. 1:17-CV-1206 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **GENCO, INC.,** | : | |
| Defendant | : | |

## **O R D E R**

AND NOW, this 2nd day of April, 2018, it having been reported to the Court that the above action has been settled, **IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

    /S/ C<small>HRISTOPHER</small> C. C<small>ONNER</small>
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania